**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                             CIVIL ACTION
CONSOLIDATED LITIGATION

                                                         NO. 05-4182

PERTAINS TO:                                             SECTION "K"(2)
    Shavers-Whittle Construction, Inc.  C.A. No. 06-6968

<u>ORDER AND REASONS</u>

Before the Court is Defendant's Motion for Entry of Final Judgment (Doc. 13796) filed

by Fireman's Fund Insurance Company.  The Court has been informed by William Crain,

counsel for plaintiff, that there is no opposition to this motion,  and the Court finds the motion to

have merit as the Louisiana Supreme Court in *Sher v. Lafayette Ins. Co.,* No. 07-C2441, 2008

WL 928486, at *6-7 (La. Apr. 8, 2008), and the United States Fifth Circuit Court of Appeals in

*In re Katrina Canal Breaches Consolidated Litig.*, 495 F.3d 191, 214 (5th Cir. 2007), have both

essentially ruled that the exclusions in Louisiana homeowners' insurance policies of coverage for

damages caused by the flood that resulted form the various levee breaches in the aftermath of

Hurricane Katrina are valid and unambiguous.  Accordingly,

    **IT IS ORDERED** that Defendant's Motion for Entry of Final Judgment (Doc. 13796)

 is **GRANTED** and judgment shall be entered in favor of Fireman's Fund Insurance Company

and against Shavers-Whittle Construction , Inc., dismissing this action with prejudice with each

party to bear its respective costs.

    New Orleans, Louisiana, this __18th__ day of September, 2008.

_____
            **STANWOOD R. DUVAL, JR.**
        **UNITED STATES DISTRICT COURT JUDGE**